In the Matter of the Accounting of SARAH M. LYNN et al., as Trustees under the Will of JOHN LYNN, Deceased.
ERIC V. SMAJE, Individually and as Executor of EDGAR A. LYNN, Deceased, Appellant; MARIANO RODRIGUEZ et al., Respondents.

Argued October 13, 1941; decided November 19, 1941.

*James J. McLoughlin* and *Robert F. White* for appellant.
*Donald T. Mullane, Harold V. Dixon, Louis G. Imperato, Edwin E. Singer* and *S. Earl Levene* for Mariano Rodriguez, respondent.

*Alexander R. Kellegrew* for Sarah M. Lynn et al., as trustees under the will of John Lynn, deceased, respondents.

Order affirmed, with costs to all parties appearing and filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.